UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

----------------------------------------------------------------x
ARTISAN AND TRUCKERS CASUALTY CO.,

       Plaintiff,

v.                                            **Case No.: 3:18-cv-02220-SMY-RJD**

NERON LOGISTICS LLC, EXPEDITE US 48 INC.,
AUGUSTA LOGISTICS, INC., JOHN JACKSON,
FRANZ ENNS, SARA ENNS,
MANITOBA PUBLIC INSURANCE, and
NEW YORK MARINE AND GENERAL
INSURANCE COMPANY

       Defendants.
----------------------------------------------------------------x

## **NEW YORK MARINE AND GENERAL INSURANCE COMPANY'S CORPORATE DISCLOSURE FORM**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant New York Marine and General Insurance Company, through counsel, hereby provides its corporate disclosure statement:

1.     The parent companies of the corporation:

New York Marine and General Insurance Company is owned by parent company ProSight Specialty Insurance Group, Inc., a privately held New York holding company.

2.     Any publicly held corporation that owns ten percent (10%) or more of the corporation's stock:

None.

Respectfully submitted,

NEW YORK MARINE AND
GENERAL INSURANCE COMPANY

Dated:  March 11, 2019                By:   */s/John A. Husmann*
                                                 John A. Husmann (IL # 6273392)
                                                 BatesCarey LLP
                                                 191 N. Wacker Drive, Suite 2400
                                                 Chicago IL, 60606
                                                 Phone: 312-762-3130
                                                 Fax: 312-762-3200

2144533